IN THE BANKRUPTCY COURT OF BAY COUNTY, MICHIGAN

OFFICAL COMMITTEE OF UNSECURED
CREDITORS FOR THE BANKRUPTCY ESTATE
OF CHEBOYGAN MEMORIAL HOSPITAL CO
VARNUM LLP , PLAINTIFF

VS. CASE NO. 1220666

AIM HEALTHCARE SERVICES, INC , DEFENDANT(S)

REGIONS BANK, GARNISHEE

13-02065

FILED
2013 JUL 15 A 9:30
US BANKRUPTCY COURT
E.D. OF MICHIGAN
BAY CITY

## ANSWER OF GARNISHEE

☒ Regions Bank ("Regions") has in its possession or control property or money, not known to be exempt, belonging to the Defendant(s), and which is not wages, salary, or other compensation in the amount of $ 18,065.55.

Regions will continue to hold this property or money until the Court orders release or payment or until funds are remitted per statute. Regions has notified our customer of their right to raise all potential objections and exemptions with the ordering authority.

☐ Regions has in its possession or control a safe deposit box, the contents of which are unknown, belonging to the Defendant(s), which is being held until further order from the Court.

☐ Regions has in its possession or control money belonging to the Defendant(s), which is not wages, salary or other compensation, and certain money is exempt from execution by ☐ federal law or ☐ specific exemption addendum and thus, has been excluded from the balance provided above.

☐ Regions is currently subject to withholding order under garnishment/levy in case number ____None____. No funds are available.

☐ Account(s) Closed     ☐ No Funds Available     ☐ No account(s) found based on the information provided for the defendant.
                        ☐ Tenancy by the Entirety

☐ Other : _____

Regions does not know of any other person indebted to the Defendant(s) or with effects of the Defendant(s) under his control. If wage withholding is required and Regions employs the Defendant(s), a separate Answer regarding the Defendant(s)' wages, salary and compensation will follow.

I, JENNIFER L BRIDGMON, am a duly authorized agent of the Garnishee and certify that the statements set forth in this instrument are true and correct.

_Jennifer Bridgmon_
Processor's Signature

JENNIFER L BRIDGMON
Processor's Name

July 12, 2013
Date

Plaintiff / Plaintiff Attorney:
STEPHEN F MACGUIDWIN
PO BOX 352
GRAND RAPIDS, MI 49501-0352

Court:
U S BANKRUPTCY COURT - BAY CITY
111 1ST ST
BAY CITY, MI 48708-5601